z:\Diane\WP\McConnell v. CVS\COMPLT1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JOAN MCCONNELL,                                    Docket No.: 06 cv 5645

                                  Plaintiff,      **NOTICE OF**
                                                  **VOLUNTARY**
        -against-                                 **DISMISSAL**

CVS PHARMACY, INC. and ALPHA TO OMEGA
CONTRACT PACKAGING,
                                  Defendants.
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-06

Plaintiff, JOAN MCCONNELL, by her attorneys, BAILLY and McMILLAN, LLP,

Voluntarily Dismisses the above captioned case without order of court, pursuant to FED. R. CIV.

P. § 41(a)(1). The Defendants, CVS PHARMACY, INC. and ALPHA TO OMEGA

CONTRACT PACKAGING have not filed an answer or a motion for summary judgment in this

case.

Dated: White Plains, New York
       September 21, 2006

*The Clerk of the Court is directed to close this case and remove it from the Court's active docket. Any pending motions are moot. So ordered.*

*[signature]*
*October 10, 2006*

Bailly and McMillan, LLP

_____
John J. Bailly, Esq.
Attorneys for Plaintiff
244 Westchester Avenue
Suite 410
White Plains, NY 10604-2919
(914)684-9100